UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-21319-CIV- HUCK/O'SULLIVAN

MARTHA DeNORFOLK as Guardian and Next Friend of
BRYANT AMASTHA, a minor, individually and on
behalf of all others similarly situated

 Plaintiffs,

vs.

THE COCA-COLA COMPANY,
a Foreign Corporation authorized
to do business in the State of
Florida, and the KIWANIS CLUB
OF LITTLE HAVANA, INC., a
Florida Not For Profit Corporation,

 Defendants.
_____

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, MARTHA DeNORFOLK as Guardian and Next Friend of BRYANT AMASTHA, a minor, by and through her undersigned attorneys and notifies the Court that the above-styled case has settled as to all defendants. The settlement documents are in the process of being prepared and once the documents have been executed, a stipulation for dismissal reserving jurisdiction with the Court to enforce the terms of the settlement will be filed. Plaintiff anticipates that the entire process will take no more than fifteen (15) days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2009, the undersigned electronically

filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing, generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/    Jay M. Levy
        JAY M. LEVY

Service List

**Jay M Levy, Esquire**
FL. Bar. No. 219754
Jay M. Levy, P.A.
jay@jaylevylaw.com
9155 South Dadeland Boulevard, Suite 1810
Miami, Florida 33156
Telephone:  (305) 670-8100
Facsimile:  (305) 670-4827
Counsel for Plaintiff deNorfolk

Robert E. Ferencik, Jr., Esquire
FL Bar No. 263478
Ferencik, Libanoff, Brandt, Bustamante, & Williams, P.A.
rferencik@flbbwlaw.com
150 S. Pine Island Road
Suite 400
Plantation, Florida 33324
Telephone:  (954) 474-8080
Facsimile:  (954) 474-7343
Attorney for Defendant The Coca-Cola Company

Jorge L. Piedra, Esquire
FL Bar No. 88315
Piedra & Associates, PA
JPiedra@piedralaw.com
Grove Professional Building, Suite 300
2950 SW 27th Avenue
Miami, Florida  33133
Telephone:  (305) 448-7064
Facsimile:  (305)  448-7085

Attorney for Kiwanis Club of Little Havana, Inc.

Case 1:09-cv-21319-PCH   Document 27   Entered on FLSD Docket 09/01/2009   Page 3 of 3