**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MARTHA DeNORFOLK as Guardian and Next Friend of BRYANT AMASTHA, a minor, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE COCA-COLA COMPANY, a Foreign Corporation authorized to do business in the State of Florida, and the KIWANIS CLUB OF LITTLE HAVANA, INC., a Florida Not For Profit Corporation,<br><br>　　　　Defendants. | NO.: 09-21319-CV<br><br>Judge Paul C. Huck<br>Magistrate John O' Sullivan |

WHEREAS Defendant **THE COCA-COLA COMPANY** ("Defendant" or "Coca-Cola"), **MARTHA DeNORFOLK** as Guardian and Next Friend of Bryant Amastha ("Guardian"), and **BRYANT AMASTHA**, no longer a minor ("Plaintiff"), have entered into a Settlement Agreement and General Release which fully settles all contested issues in this case;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims which the parties have pending against each other are to be dismissed with prejudice and further, that all parties shall bear their own costs.

This 28th day of December, 2009.

1

Respectfully submitted,

*/s/ Michael W. Johnston*

Michael W. Johnston
Florida Bar No. 307874
*Admitted Pro Hac Vice*
Jona J. Miller
Florida Bar No. 0990507
*Admitted Pro Hac Vice*
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5138
E-mail: mjohnston@kslaw.com
E-mail: jjmiller@kslaw.com

Robert E. Ferencik
Florida Bar No. 263478
rferencik@flbbwlaw.com
FERENCIK, LIBANOFF, BRANDT
BUSTAMANTE AND WILLIAMS, P.A.
150 South Pine Island Road,
Suite 400
Fort Lauderdale, Florida 33324
Telephone: (954) 474-8080
Facsimile: (954) 474-7343

**ATTORNEYS FOR
THE COCA-COLA COMPANY**

Jay M. Levy, Esq.
Fla. Bar No. 219754
jay@jaylevylaw.com
**JAY M. LEVY, P.A.**
9150 South Dadeland Blvd., Ste 1010
Miami, FL 33156
Tel: (305) 670-8100
Fax: (305) 670-4827

**ATTORNEYS FOR PLAINTIFF**